Form 170 – ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.:  12−27672−JHW
                    Chapter:  7
                    Judge:  Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Armstrong
   67 Serenity Court
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−0106

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON MOTION TO DISMISS CASE**

    A motion to dismiss the above captioned case was filed by Robert Armstrong.

    Notice is hereby given that a hearing will be held by the Honorable Judith H. Wizmur on,

Date: 12/18/12
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to determine cause for dismissal.


Dated: November 26, 2012
JJW: mef

                                                                                           James J. Waldron
                                                                                           Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 12-27672-JHW
Robert Armstrong                                                    Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-1           User: mflynn              Page 1 of 4               Date Rcvd: Nov 26, 2012
                               Form ID: 170              Total Noticed: 107


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2012.
db           +Robert Armstrong,    67 Serenity Court,    Franklinville, NJ 08322-2770
513365763    +3d Plumbing,    29 Monroe Street,    Bridgeton, NJ 08302-1326
513207303    +ADT,   P.O. Box 371967,    Pittsburgh, PA 15250-7967
513207307    +ATT Mobility,    5407 Andrews Hwy,    Midland, TX 79706-2851
513207304    +Allen Knickerson,    175 W Whitehorse Pike,    Berlin, NJ 08009-2042
513207305    +Allied,   P.O. Box 4000,    Warrenton, VA 20188-4000
513207308     Bank of America Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
513207309    +Best Buys,    P.O. Box 17298,    Baltimore, MD 21297-1298
513207310    +Broad Street Publishing,    53 Haddonfield Rd,    Cherry Hill, NJ 08002-4802
513207311    +Broadway Square,    P.O. Box 282,    Sayreville, NJ 08871-0282
513207321    +CIT,   P.O. Box 1529,    Livingston, NJ 07039-7129
513207312    +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
513207313    +Capital Solutions,    410 Century Blvd,    Wilmington, DE 19808-6271
513207314    +Centennial Surgery,    502 Centennial Blvd.#1,    Voorhees, NJ 08043-9544
513207315     Central Pet,    11316 N. Forty Six St,    Tampa, FL 33617
513207316    +Cesar Fund,    27400 North Western Highway Box 307,    Southfield, MI 48034-4724
513207317     Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
513207319     Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
513207318    +Chase,   P.O. Box 7013,    Indianapolis, IN 46207-7013
513207320    +Cifalogio,    P.O. Box 79,    Landisville, NJ 08326-0079
513207323    +CitiFinancial,    P.O. Box 183172,    Columbus, OH 43218-3172
513207322    +Citibank,    P.O. Box 390905,    Minneapolis, MN 55439-0905
513207324    +Citizens,    P.O. Box 42002,    Providence, RI 02940-2002
513207325    +City of Muskegon,    P.O. Box 536,    Muskegon, MI 49443-0536
513207326    +Clipper,    3708 Hempland Road Box 610,    Mountville, PA 17554-1542
513207327     Comcast,    P.O. Box 3006,    Southeastern, PA 19398-3006
513207328    +Commercial Services Corp.,    204 E. Market St,    Louisville, KY 40202-1218
513207329    +Contract Callers,    P.O. Box 212489,    Augusta, GA 30917-2489
513207330    +D. Dalby,    170 E. Main St,    Newark, DE 19711-7318
513207331    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell,    P.O. Box 81577,    Austin, TX 78708)
513207333     Direct Loan,    120 N. Seven St,    Harrisburg, PA 17021
513207334    +Direct Loans,    P.O. Box 5609,    Greeneville, TX 75403-5609
513207335    +Diversified Adjustment Service Inc.,    P.O. Box 32145,    Fridley, MN 55432-0145
513207337    +EZPass,    P.O. Box 5205,    Newark, NJ 07105-0205
513207336    +Elmer Schultz & Co.,    540 N. 3rd St,    Philadelphia, PA 19123-2935
513207338     Fairway Point HOA,    50 And ditch Way,    Nashville, TN 37228
513207339    +First Choice,    527 North Ave,    Rock Hill, SC 29732-3028
513207340    +First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
513207341     Flooring Solutions,    800 One St,    Des Moines, IA 50309
513207345     GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
513207342    +Gary Plant Mooty,    600 New Hampshire Ave,    Washington, DC 20037-2409
513207343    +Gateway Funding,    300 Welsh Rd Building 5,    Horsham, PA 19044-2273
513207347    +Greentree and Associates,    P.O. Box 3417,    Escondido, CA 92033-3417
513207351    +HSBC,   P.O. Box 5253,    Carol Stream, IL 60197-5253
513207348    +HomeDepot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
513207349    +Horizon,    145 Bradford Drive,    West Berlin, NJ 08091-9269
513207350    +House of Pets,    29952 Country Rd. 10,    Fresno, OH 43824-9019
513207352    +ILP Center Associates,    1 Stevens Rd #1,    Wallington, NJ 07057-2743
513207353    +JCC Christensen,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
513207354    +John J. Donahue,    2220 W.Rittenhouse Square,    Philadelphia, PA 19103-5505
513207355    +Jonas Fisher,    10961 North Centerville Road,    Williamsburg, IN 47393-9788
513207357    +Law Office of Curtis O. Barnes,    P.O. Box 1390,    Anaheim, CA 92815-1390
513207358    +Little Caesars Enterprises,    2211 Woodward Avenue,    Detroit, MI 48201-3400
513207359     Lois Vespe,    7 Buckston Road,    Cherry Hill, NJ 08003
513207360    +Long Architeture,    2030 North Black horse Pike,    Williamstown, NJ 08094-9132
513207362    +Macy’s,    P.O. Box 8053,    Mason, OH 45040-8053
513207363    +Meritplan Insurance,    3349 Michelson Drive #200,    Irvine, CA 92612-8881
513207364    +Mount Laurel Anesthesia,    P.O. Box 786141,    Philadelphia, PA 19178-0001
513207368    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan Motor Acceptance,    P.O. Box 371447,
               Pittsburgh, PA 15250-7447)
513207369    +Norman Rappaport,    650 Park Ave,    New York, NY 10065-6115
513207370    +North Folk Trust,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
513207371    +Northland,    P.O. Box 390905,    Minneapolis, MN 55439-0905
513207372    +Ntional Account Financial Services,    P.O. Box 9027,    Willamsville, NY 14231-9027
513207375    +PNC Mortgage,    3232 Newmark Road,    Miamisburg, OH 45342-5433
513207376    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates LLC,    P.O. Box 12914,
               Norfolk, VA 23541)
513207380     PSEG,   P.O. Box 14106,    New Brunswick, NJ 08906-4106
513207373     Paychx,    175 John St,    West Henrietta, NY 14586
513365765    +Performance Foods,    301 Heron Drive,    Swedesboro, NJ 08085-1773
513207374    +Pitrock Realty,    650 Park Ave,    New York, NY 10065-6115
```

```
District/off: 0312-1           User: mflynn              Page 2 of 4            Date Rcvd: Nov 26, 2012
                               Form ID: 170              Total Noticed: 107

513207377     +Preit,    400 Route 38,    Moorestown, NJ 08057-3219
513207378      Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513207379      Protoclo,    4509 Mercer Ave,    Panama City, FL 32401
513207382     +RMS,    4836 Breckville Road Box 523,    Richfield, OH 44286-9178
513207383     +RRK,    1 MacArthur Blvd,    Suite 216,    Westmont, NJ 08108-3625
513207381     +Receivable Management,    400 West Cummings Park,    Suite 4450,    Woburn, MA 01801-6594
513207389      SKO Brenner American Inc,    P.O. Box 230,    Farmingdale, NY 11735-0230
513207386     +Savings Source,    522 Buick Blvd,    Brick, NJ 08723-6089
513207387      Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
513207388      Sellers Hinslaw Ayes,    33L1S McDonald's Street No. 410,    Charlotte, NC 28204
513365764     +Simpson Refrigeration,    P.O. Box 2057,    Vineland, NJ 08362-2057
513207390      Solomon and Solomon,    Columbia Drive,    Box 15019,    Albany, NY 12212-5019
513365766     +South Jersey Gas,    P.O. Box 6091,    Bellmawr, NJ 08099-6091
513207391     +South Jersey Radiology Associates,    P.O Box 23355,    Newark, NJ 07189-0355
513207393     +State of New Jersey,    P.O. Box 059,    Trenton, NJ 08625-0059
513207392      State of New Jersey,    Department of the Treasury,    Division of Taxation,    P.O. Box 445,
                Trenton, NJ 08695-0445
513207394     +State of Pennsylvania,    Unclaimed Property,    129 Fnance Building,    Harrisburg, PA 17120-0018
513207396     +Tate and Kirlin,    2810 Southampton Rd,    Philadelphia, PA 19154-1207
513207397     +UTICA,    P.O. Box 6532,    Utica, NY 13504-6532
513365767     +Vineland Municipal Authority,    P.O. Box 1508,    Vineland, NJ 08362-1508
513207399     +Wachovia,    501 Bleeker St,    Utica, NY 13501-2401
513207401     +Waste Management of Pennsylvania,    P.O. Box 1364,    Philadelphia, PA 19105-1364
513207400     +Wells Fargo,    P.O. Box 10335,    Des Moines, IA 50306-0335
513207402     +Wells Fargo,    4143 121st St,    Urbandale, IA 50323-2310
513233578      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: leah.bynon@usdoj.gov Nov 26 2012 23:34:22      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 26 2012 23:34:14       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513207306     +E-mail/Text: bankruptcy@pepcoholdings.com Nov 26 2012 23:33:33       Atlantic City Electric,
                P.O. Box 13610,    Philadelphia, PA 19101-3610
513207344     +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2012 23:41:50       GE Capital,    P.O. Box 965005,
                Orlando, FL 32896-5005
513207346      E-mail/Text: bankruptcy.bnc@gt-cs.com Nov 26 2012 23:33:39       Green Tree,    P.O. Box 6172,
                Rapid City, SD 57709-6172
513207356      E-mail/Text: bnckohlsnotices@becket-lee.com Nov 26 2012 23:31:49       Kohls,    P.O. Box 2983,
                Milwaukee, WI 53201-2983
513207361      E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2012 23:38:41       Lowe's,    P.O. Box 981064,
                El Paso, TX 79998-1064
513207367      E-mail/Text: bankruptcydepartment@ncogroup.com Nov 26 2012 23:34:46       NCO Credit Services,
                P.O. Box 8547,    Philadelphia, PA 19101
513207365     +E-mail/Text: bknotice@ncmllc.com Nov 26 2012 23:31:18      National Capital Management,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
513207384     +E-mail/PDF: pa_dc_claims@salliemae.com Nov 26 2012 23:43:21       Sallie Mae,    1002 Arthur Drive,
                Lynn Haven, FL 32444-1683
513207385     +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2012 23:44:02       Sams Club,    P.O. Box 103103,
                Roswell, GA 30076-9103
513207398      E-mail/PDF: bankruptcyverizoncom@afni.com Nov 26 2012 23:44:29       Verizon,    P.O. Box 4830,
                Trenton, NJ 08650-4830
513207400      E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2012 23:38:41       Walmart,    P.O. Box 981064,
                El Paso, TX 79998-1064
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513207366      NBN Infusion,    2 Pin Oak Lane Unit 250
cr*           +Capital Solutions, Inc.,    410 Century Boulevard,    Wilmington, DE 19808-6271
513207332*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    c/o DFS Customer Care Dept.,
                P.O. Box 81577,    Austin, TX 78708-1577)
513207395     ##Target National Bank,    c/o Target Credit Services,    P.O. Box 59317,
                Minneapolis, MN 55459-0317
                                                                                               TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: mflynn              Page 3 of 4           Date Rcvd: Nov 26, 2012
                              Form ID: 170              Total Noticed: 107
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2012**            **Signature:** _Joseph Speetjens_

```
District/off: 0312-1          User: mflynn               Page 4 of 4                   Date Rcvd: Nov 26, 2012
                              Form ID: 170               Total Noticed: 107
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2012 at the address(es) listed below:
          Harold N. Kaplan    on behalf of Debtor Robert Armstrong hnk@haroldkaplan.com
          John G. DeSimone    on behalf of Creditor   Capital Solutions, Inc. john@desimonelawyer.com,
           kmuchler@verizon.net;liz@desimonelawyer.com
          Joseph A McCormick    on behalf of Trustee Linda McMackin jmccormick@mccormicknjlaw.com,
           cheryl@mccormicknjlaw.com;ginger@mccormicknjlaw.com;loretta@mccormicknjlaw.com
          Linda L. McMackin    ecf@njmcmackin.com,    nj46@ecfcbis.com;ecflmcmackin@earthlink.net
          Mitchell  Malzberg    on behalf of Creditor   Performance Food Group, Inc. d/b/a Roma Philadelphia
           mmalzberg@mmpclawfirm.com,   dawn@mmpclawfirm.com
          Yakov  Rudikh    on behalf of Debtor Robert Armstrong yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                         TOTAL: 6

Case 12-27672-JNP    Doc 24    Filed 11/28/12    Entered 11/29/12 00:56:19    Desc Imaged
Certificate of Notice    Page 5 of 5